**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NOS. 06-204-1** |
| | : | **07-796-1** |
| | : | |
| **OMAR TEAGLE, *et al.,*** | : | |
| *Defendants.* | : | **FILED UNDER SEAL** |

## ORDER

**AND NOW**, this 1st day of July 2026, upon consideration of Defendant's *motion for relief under 28 U.S.C. § 2255,* (Doc. 272), and the Government's response in opposition, (Doc. 278),[1] it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion for relief is **DENIED**.

Further, no probable cause exists to issue a certificate of appealability, and the Clerk of Court is directed to mark this matter **CLOSED.**

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]    This Court also considered Defendant's reply brief and supplemental documents.  (Doc. 279, 280).